Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
DOUGLAS A. SEARS, ESQ. (SBN 48646)
JEFFREY E. LEVINE, ESQ. (SBN 255862)
3638 American River Drive
Sacramento, California  95864
Telephone:      (916) 978-3434
Facsimile:      (916) 978-3430

Attorneys for Defendant, TOTER, INC., sued and
served herein as DOES 2, 22, 32, 42, 52 and 62

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARIO ALBERTO ZARCO,

            Plaintiff,

    v.

VECOPLAN, LLC and TOTER, INC.

            Defendant.

Case No.  2:12-CV-00826-GEB-CMK

**STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT DISCLOSURE DEADLINE FROM MARCH 7, 2013 UNTIL APRIL 30, 2013 AND REBUTTAL EXPERTS FROM APRIL 8, 2013 UNTIL MAY 31, 2013**

Plaintiff Mario Alberto Zarco and Defendants, Vecoplan, LLC and Toter, Inc., through their respective counsel, respectfully request a continuance of the expert disclosure deadlines due to the following.

**<u>RECITALS</u>**

1.      On July 16, 2012, this Court entered its Status (Pre-trial Scheduling) Order that, among other things, provided that amendment would only be allowed by leave of Court with good cause shown.

2.      The parties believe good cause exists for a brief continuance of the current March 7, 2013, Expert Disclosure deadline and April 8 Rebuttal Expert Disclosure deadline.  The parties have been engaged in liability, non-damages, and damages discovery that is on-going.  This includes depositions that have been noticed to occur over the next few weeks, the scheduling of which has been difficult given that defendants reside out of state and the deponents' availability.

1

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME, LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA  95864

1   The parties have also stipulated to a vocational rehabilitation exam of plaintiff that is set for

2   February 15, 2013 and anticipate setting plaintiff's deposition shortly thereafter.  The parties need

3   more time to complete this discovery and produce the necessary expert reports.

4       3.       All parties agree that it is in the interests of justice and an efficient resolution of

5   this case to extend the expert disclosure deadlines as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Initial Expert(s) Disclosures | March 7, 2013 | April 30, 3013 |
| Rebuttal Expert Disclosures | April 8, 2013 | May 31, 2013 |

9                           **STIPULATION**

10       Based on the foregoing recitals, the parties hereby STIPULATE that:

11       1.       The deadline to submit Expert Disclosures is continued from March 7, 2013 to

12   April 30, 2013, and rebuttal experts from April 8, 2013 until May 31, 2013.

13       2.       This continuance of the deadline to submit Expert Disclosures will not affect any

14   other deadlines in this action.

15       3.       All remaining dates and deadlines as set by the Court in its July 16, 2012 Order,

16   are otherwise unaffected by this Stipulation and Proposed Order.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME, LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

2

4.    By entering into this stipulation, none of the parties waive any rights or arguments that they may otherwise have with respect to their ability to request or oppose additional continuances in this action if necessary.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  January 22, 2013

**LAW OFFICES OF MICHAEL T. SHEPHERD**

By:  /s/ MICHAEL T. SHEPHERD
     MICHAEL T. SHEPHERD, ESQ.,
     Attorneys for Plaintiff, MARIO
     ALBERTO ZARCO

Dated:

**KOELLER, NEBEKER, CARLSON & HALUCK, LLP**

By:
     JOSEPH T. SPEAKER, ESQ., Attorneys
     for Defendant, VECOPLAN, LLC.

Dated:  January 22, 2013

**MATHENY SEARS LINKERT & JAIME, LLP**

By:
     DOUGLAS A. SEARS, ESQ.,
     JEFFREY E. LEVINE, ESQ.,
     Attorneys for Defendant, TOTER, INC.

**THE STIPULATION OF THE PARTIES IS APPROVED AND IT IS SO ORDERED.**

**Date:  1/24/2013**

GARLAND E. BURRELL, JR.
Senior United States District Judge

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME, LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

*STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT DISCLOSURE DEADLINE FROM MARCH 7, 2013 UNTIL APRIL 30, 2013 AND REBUTTAL EXPERTS FROM APRIL 8, 2013 UNTIL MAY 31, 2013*