Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
DOUGLAS A. SEARS, ESQ. (SBN 48646)
JEFFREY E. LEVINE, ESQ. (SBN 255862)
3638 American River Drive
Sacramento, California  95864
Telephone:      (916) 978-3434
Facsimile:       (916) 978-3430

Attorneys for Defendant, TOTER, INC., sued and served herein as DOES 2, 22, 32, 42, 52 and 62

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ALBERTO ZARCO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VECOPLAN, LLC and TOTER, INC.<br><br>　　　　Defendant. | Case No.  2:12-CV-00826-GEB-CMK<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CLOSE OF DISCOVERY FROM AUGUST 7, 2013 UNTIL SEPTEMBER 30, 2013; MOTION HEARING SCHEDULE FROM OCTOBER 7, 2013 UNTIL NOVEMBER 25, 2013; FINAL PRE-TRIAL CONFERENCE FROM DECEMBER 9, 2014 UNTIL JANUARY 10, 2014** |

　　　　Plaintiff Mario Alberto Zarco and Defendants, Vecoplan, LLC and Toter, Inc., through their respective counsel, respectfully request a continuance of the close of discovery, motion hearing schedule, and final pre-trial conference deadlines due to the following.

**RECITALS**

　　　　1.　　On July 16, 2012, this Court entered its Status (Pre-trial Scheduling) Order that, among other things, provided that amendment would only be allowed by leave of Court with good cause shown.  This case is currently set for trial on March 11, 2014.

　　　　2.　　The parties believe good cause exists for a brief continuance of the current August 7, 2013, close of Discovery and October 7, 2013 Motion Hearing Schedule.  The parties recently disclosed expert and rebuttal expert witnesses on April 30, 2013 and May 31, 2013, respectively.

1

*STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES*

After experts were disclosed the parties agreed to privately mediate this case. They have subsequently chosen a mediator and are currently scheduling mediation in early August. The parties are attempting to mediate this case prior to engaging in several expert depositions, and potentially filing any motions with the Court.

3. In the event the Court grants the above request, the parties also believe good cause exists for a brief continuance of the Final Pre-Trial Conference from December 9, 2013 until January 10, 2014.

4. The brief continuance of the close of discovery, motion hearing schedule, and pre-trial conference dates proposed herein would allow the parties to efficiently prepare for a meaningful mediation (without having to first incur the fees and costs of deposing experts) and would not alter the Court's current March 11, 2014 trial date.

5. Accordingly, all parties agree that it is in the interests of justice and an efficient resolution of this case to extend the following deadlines:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Close of Discovery | August 7, 2013 | September 30, 3013 |
| Motion Hearing Schedule | October 7, 2013 | November 25, 2013 |
| Final Pre-Trial Conference | December 9, 2013 | January 10, 2014 |

## STIPULATION

Based on the foregoing recitals, the parties hereby STIPULATE that:

1. The close of discovery is continued from August 7, 2013 until September, 30, 2013.

2. The motion hearing schedule is continued from October 7, 2013 until November 25, 2013.

3. The final pre-trial conference is continued from December 9, 2013 until January 10, 2013.

4. All remaining dates and deadlines as set by the Court in its July 16, 2012 Order, are otherwise unaffected by this Stipulation and Proposed Order.

///

5. By entering into this stipulation, none of the parties waive any rights or arguments that they may otherwise have with respect to their ability to request or oppose additional continuances in this action if necessary.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 19, 2013              **LAW OFFICES OF MICHAEL T. SHEPHERD**

By: _____/S/_____
MICHAEL T. SHEPHERD, ESQ.,
Attorneys for Plaintiff, MARIO ALBERTO ZARCO.

Dated: June 19, 2013              **KOELLER, NEBEKER, CARLSON & HALUCK, LLP**

By: _____/S/_____
JOHN C. PYTEL, ESQ.,
JOSEPH T. SPEAKER, ESQ.,
Attorneys for Defendant, VECOPLAN, LLC.

Dated: June 19, 2013              **MATHENY SEARS LINKERT & JAIME, LLP**

By: _____/S/_____
DOUGLAS A. SEARS, ESQ.,
JEFFREY E. LEVINE, ESQ.,
Attorneys for Defendant, TOTER, INC.

**IT IS SO ORDERED.**

The discovery completion date is continued to September 30, 2013. The last hearing date for law and motion is continued to December 2, 2013, at 9:00 a.m. The pretrial conference is rescheduled for January 13, 2014, at 1:30 p.m. A joint pretrial statement shall be filed seven days prior to the hearing.

**Date: 6/20/13**                _____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1  _____

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME, LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

*STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES*