1  Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
2  DOUGLAS A. SEARS, ESQ. (SBN 48646)
JEFFREY E. LEVINE, ESQ. (SBN 255862)
3  3638 American River Drive
Sacramento, California  95864
4  Telephone:     (916) 978-3434
Facsimile:      (916) 978-3430
5
Attorneys for Defendant, TOTER, INC., sued and
6  served herein as DOES 2, 22, 32, 42, 52 and 62

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  MARIO ALBERTO ZARCO,                    Case No.  2:12-CV-00826-GEB-CMK

12              Plaintiff,                  **STIPULATION AND [PROPOSED]
                                            ORDER CONTINUING CLOSE OF
13      v.                                  DISCOVERY FROM AUGUST 7, 2013
                                            UNTIL SEPTEMBER 30, 2013; MOTION
14  VECOPLAN, LLC and TOTER, INC.           HEARING SCHEDULE FROM OCTOBER
                                            7, 2013 UNTIL NOVEMBER 25, 2013;
15              Defendant.                   FINAL PRE-TRIAL CONFERENCE
                                            FROM DECEMBER 9, 2014 UNTIL
16                                          JANUARY 10, 2014**

17

18

19         Plaintiff Mario Alberto Zarco and Defendants, Vecoplan, LLC and Toter, Inc., through

20  their respective counsel, respectfully request a continuance of the close of discovery, motion

21  hearing schedule, and final pre-trial conference deadlines due to the following.

22                                      **RECITALS**

23         1.      On July 16, 2012, this Court entered its Status (Pre-trial Scheduling) Order that,

24  among other things, provided that amendment would only be allowed by leave of Court with

25  good cause shown.  This case is currently set for trial on March 11, 2014.

26         2.      The parties believe good cause exists for a brief continuance of the current August

27  7, 2013, close of Discovery and October 7, 2013 Motion Hearing Schedule.  The parties recently

28  disclosed expert and rebuttal expert witnesses on April 30, 2013 and May 31, 2013, respectively.

1

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME, LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA  95864

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME, LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

1  After experts were disclosed the parties agreed to privately mediate this case.  They have

2  subsequently chosen a mediator and are currently scheduling mediation in early August.  The

3  parties are attempting to mediate this case prior to engaging in several expert depositions, and

4  potentially filing any motions with the Court.

5          3.      In the event the Court grants the above request, the parties also believe good cause

6  exists for a brief continuance of the Final Pre-Trial Conference from December 9, 2013 until

7  January 10, 2014.

8          4.      The brief continuance of the close of discovery, motion hearing schedule, and pre-

9  trial conference dates proposed herein would allow the parties to efficiently prepare for a

10  meaningful mediation (without having to first incur the fees and costs of deposing experts) and

11  would not alter the Court's current March 11, 2014 trial date.

12          5.      Accordingly, all parties agree that it is in the interests of justice and an efficient

13  resolution of this case to extend the following deadlines:

| Event | Current Date | New Date |
|---|---|---|
| Close of Discovery | August 7, 2013 | September 30, 3013 |
| Motion Hearing Schedule | October 7, 2013 | November 25, 2013 |
| Final Pre-Trial Conference | December 9, 2013 | January 10, 2014 |

**STIPULATION**

19      Based on the foregoing recitals, the parties hereby STIPULATE that:

20          1.      The close of discovery is continued from August 7, 2013 until September, 30,

21  2013.

22          2.      The motion hearing schedule is continued from October 7, 2013 until November

23  25, 2013.

24          3.      The final pre-trial conference is continued from December 9, 2013 until January

25  10, 2013.

26          4.      All remaining dates and deadlines as set by the Court in its July 16, 2012 Order,

27  are otherwise unaffected by this Stipulation and Proposed Order.

28  ///

2

*STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES*

5.      By entering into this stipulation, none of the parties waive any rights or arguments that they may otherwise have with respect to their ability to request or oppose additional continuances in this action if necessary.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  June 19, 2013                    **LAW OFFICES OF MICHAEL T. SHEPHERD**


By:_____/S/_____
   MICHAEL T. SHEPHERD, ESQ.,
   Attorneys for Plaintiff, MARIO
   ALBERTO ZARCO.

Dated:  June 19, 2013                    **KOELLER, NEBEKER, CARLSON & HALUCK, LLP**


By:_____/S/_____
   JOHN C. PYTEL, ESQ.,
   JOSEPH T. SPEAKER, ESQ.,
   Attorneys for Defendant, VECOPLAN, LLC.

Dated:  June 19, 2013                    **MATHENY SEARS LINKERT & JAIME, LLP**


By:_____/S/_____
   DOUGLAS A. SEARS, ESQ.,
   JEFFREY E. LEVINE, ESQ.,
   Attorneys for Defendant, TOTER, INC.

**IT IS SO ORDERED.**


The discovery completion date is continued to September 30, 2013.  The last hearing date for law and motion is continued to December 2, 2013, at 9:00 a.m.  The pretrial conference is rescheduled for January 13, 2014, at 1:30 p.m.  A joint pretrial statement shall be filed seven days prior to the hearing.

**Date: 6/20/13**                        _____
                                          GARLAND E. BURRELL, JR.
                                          Senior United States District Judge

3

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME, LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME, LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA  95864

_____

4