UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ALBERTO ZARCO,<br><br>        Plaintiff,<br><br>  v.<br><br>VECOPLAN, LLC, and TOTER, INC.,<br><br>        Defendants. | No.  2:12-cv-00826-GEB-CMK<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

Defendant Vecoplan, LLC filed an "Immediate Notice of Settlement/Resolution of Entire Case" on September 26, 2013, in which it states

> all of the parties to the instant dispute/litigation . . . reached an agreement settling/resolving this matter while present at a private mediation session held in Sacramento, California. As such, and in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it has been agreed that Plaintiff's counsel of record will, in the near future and/or in conformance with any filing deadline(s)/due date(s) that may be ordered by the Court subsequent to the filing and service of this Notice, submit to this Court for approval and filing a Stipulation of Dismissal executed by/on behalf of all of the parties to this case . . . .

(Notice of Settlement 1:20-28, ECF No. 30.)

1

Therefore, a dispositional document shall be filed no later than October 17, 2013. See E.D. Cal. R. 160(b) (prescribing that documents disposing of an action shall be filed "not . . . more than twenty-one (21) days from the date of [notice of settlement], absent good cause"). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See id. ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated:  September 27, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge